# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 224 |
| | : | |
| REAPPOINTMENT TO THE | : | DISCIPLINARY RULES DOCKET |
| PENNSYLVANIA INTEREST ON | : | |
| LAWYERS TRUST ACCOUNT BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 14th day of June, 2022, Kay Kyungsun Yu, Esquire, Philadelphia, is hereby reappointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing November 1, 2022.